IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

PEDRO ACOSTA,

    Defendant.

No. C 12-04530 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING REMAND**

The Court has reviewed Magistrate Judge Nathaniel M. Cousins's Report and Recommendation ("Report") regarding remanding this action. The time for filing objections has passed, and there have been no objections filed thereto. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this matter is REMANDED to the Superior Court of the State of California for the County of San Joaquin. The Clerk is directed to remand this action forthwith.

**IT IS SO ORDERED.**

Dated: October 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NA,<br><br>  Plaintiff,<br><br>  v.<br><br>PEDRO ACOSTA et al,<br><br>  Defendant. | Case Number: CV12-04530 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro Acosta
511 Pestana Avenue
Tracy, CA 95336

Dated: October 5, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk